# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN HICKS**<br><br>v.<br><br>**BUCKS COUNTY CORRECTIONAL FACILITY, COUNTY OF BUCKS** | **CIVIL ACTION**<br><br>**NO. 17-3113** |

## ORDER

    **AND NOW, TO WIT:** This 11th day of March, 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                       **KATE BARKMAN**, Clerk of Court

                       /s/ Lori K. DiSanti
**BY:** _____
                       Lori K. DiSanti
                       Deputy Clerk

O:\CIVIL 17\17-3113 HICKS V BUCKS CO CORRECTIONAL\17CV3113 41B ORDER 03112019.DOCX